UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| TALONYA JONES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:22-CV-531-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| JAVITCH BLOCK, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court having been advised by Defendant Javitch Block, LLC ("Defendant"), that a settlement has been reached on all matters in this case [R. 9],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, or in the Alternative, to Stay and Compel Arbitration, or in the Alternative, to Dismiss for Failure to State a Claim [**R. 5**] is **DENIED as moot**.

3. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **sixty (60) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within sixty (60) days from the date of entry of this Order, the Court will entertain a motion to re-docket this action upon application to this Court.

This the 18th day of January, 2023.



cc: Counsel of Record